THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Delwyn Smith, Appellant.
 
 
 

Appeal From Spartanburg County
E. C. Burnett, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-081
 Submitted January 4, 2011  Filed February
24, 2011    

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliot, and Assistant Attorney General Mark R. Farthing, all of Columbia; and Solicitor
 Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Delwyn Smith appeals his convictions for grand
 larceny, breaking into an automobile, and two counts of forgery.  He argues the
 trial court erred in admitting as prior bad acts testimony of earlier drug use and
 automobile break-ins committed by him.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Sweet, 374
 S.C. 1, 5, 647 S.E.2d 202, 205 (2007) ("To properly preserve an issue for
 review there must be a contemporaneous objection that is ruled upon by the
 trial court."); State v. Harris, 351 S.C. 643, 652, 572 S.E.2d 267,
 272 (2002) (holding an argument not made at trial is not preserved for appeal); State v. Saltz, 346 S.C. 114, 129, 551 S.E.2d 240, 248 (2001) ("The requirement that a party move to strike objectionable
 testimony applies when an objection has been sustained.").
AFFIRMED.
HUFF and
 LOCKEMY, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.